CHARLES B. MONTANO *v.* CATHERINE MONTANO
(12919)

O'CONNELL, LANDAU and HEIMAN, Js.
Argued May 23—decision released July 4, 1995

*Elizabeth A. Gallagher,* for the appellant (defendant).

*Lisa A. Faccadio,* with whom, on the brief, was *Christine S. Dorsey,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.